UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DONALD BROWN, et al.,           )
                                )
    Plaintiffs,                 )
                                )
Vs.                             )    Case No. 4:13CV189 RWS
                                )
CAPITAL RESTORATION & PAINTING  )
CO., et al.,                    )
                                )
    Defendants.                 )

## **MEMORANDUM**

On December 2, 2013, I granted summary judgment in favor of the plaintiffs, but I reserved entry of final judgment pending further briefing on damages. Plaintiffs submitted their supplemental brief setting out their damages, and defendants failed to respond. Their time for doing so has now expired. As there is no objection to plaintiffs' final calculation of damages and the Court having determined that plaintiffs are entitled to the damages sought, the Court will enter final judgment in accordance with the amounts sought by plaintiffs, which amounts to withdrawal liability in the amount of $203,864.00, liquidated damages in the amount of $40,772.80, and interest in the amount of $7,252.36.

The Court also finds that plaintiffs are entitled to a statutory award of attorney's fees and costs. 29 U.S.C. § 1132(g)(2)(D). The fees sought by plaintiffs are fair and reasonable, reflect work necessary for the litigation of this matter, and are adequately supported by the affidavit of counsel and accompanying exhibits. Therefore, I will award attorney's fees in the amount of $14, 164.00 and costs of $487.22, for a total of $14,651.22.

Entry of final judgment will issue this same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of February, 2014.