UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD BROWN, et al., | ) |
| Plaintiffs, | ) |
| Vs. | ) Case No. 4:13CV189 RWS |
| CAPITAL RESTORATION & PAINTING CO., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Having been advised by the Eighth Circuit Court of Appeals that the appeal of this matter has been dismissed and the mandate issued, I will treat the stipulation filed by the parties on May 2, 2014, as a motion for relief under Fed. R. Civ. P. 60(b) and grant the relief sought.

Accordingly,

**IT IS HEREBY ORDERED** that the complaint [#1] is amended to add Restoration Contracting & Consultants, Inc. as a defendant, and the Clerk of the Court shall add this defendant to the docket sheet.

**IT IS FURTHER ORDERED** that the Judgment entered on February 20, 2014 [#40] is vacated, and the Consent Judgment [#57-1] agreed to by the parties is filed as of this date.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of May, 2014.